IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| K&K POULTRY LLC, a Nebraska Limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT CASH MUTUAL INSURANCE CO.,<br><br>Defendant. | 4:24CV3056<br><br><br>ORDER |

The court has been advised that the parties in the above-captioned matter have settled their claims.

Accordingly,

IT IS ORDERED:

1) On or before **April 21, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3) The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

4) Defendant's motion to bifurcate and stay, Filing No. 17, is denied as moot.

Dated this 21st day of February, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge