IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| K&K POULTRY LLC, a Nebraska Limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>EVERETT CASH MUTUAL INSURANCE CO.,<br><br>Defendant. | 4:24CV3056<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. (Filing No. 34.) Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own fees and costs.

Dated this 13th day of March, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge